1  PAUL S. GERDING JR. #17237
   PAIGE A. MARTIN #013320
2  ECHO A. ORCUTT #029345
   KUTAK ROCK LLP
3  8601 North Scottsdale Road, Suite 300
   Scottsdale, AZ  85253-2742
4  (480) 429-5000
   paul.gerding.jr@kutakrock.com
5  paige.martin@kutakrock.com
   echo.orcutt@kutakrock.com
6
   *Attorneys for Defendant*
7  *1322297 Ontario, Inc., dba Everest Wholesale*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Set Enterprises, Inc., <br><br> Plaintiff, <br><br> v. <br><br> 132297 Ontario, Inc., dba Everest Wholesale, <br><br> Defendant. | NO.: 2:14-cv-00142-SRB <br><br> **NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF** |

Defendant, 132297 ONTARIO, INC. DBA EVEREST WHOLESALE, ("Everest"), by and through its attorneys Kutak Rock LLP, hereby gives notice that Everest served Defendant's First Set of Document Requests to Plaintiff via e-mail and first class mail on April 4, 2014, to the individuals indicated on the Certificate of Service.

DATED this 4th day of April, 2014.

Kutak Rock LLP

By: /s/ Echo A. Ocrutt
Paul S. Gerding, Jr.
Paige A. Martin
Echo A. Orcutt
8601 N. Scottsdale Rd., Suite 300
Scottsdale, AZ  85253

*Attorneys for Defendant*

4823-9346-5882.1                                                339405- 1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2014, the foregoing NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kimberly A. Warshawsky, Esq.
Jonathon A. Talcott, Esq.
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555
warshawskyk@ballardspahr.com
talcottj@ballardspahr.com

By: s/ Wendy Wilhelms